UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BERNADETTE BRADLEY,

        Defendant.
_____/

CASE NO.  15-30118

ORIGINATING NO. 15-cr-00037

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

The Defendant having appeared before this Court pursuant to Fed. R. Crim. P. 5(C)(3) and the Court holding Defendant to answer and to appear in the Middle District of Tennessee, the District of prosecution;

**IT IS ORDERED** that the U.S. Marshal furnish Defendant with one-way, non-custodial, transportation, pursuant to Title 18 U.S.C. § 4285, from Detroit, Michigan to Nashville, Tennessee, for purposes of appearing in Court for arraignment on **Wednesday, April 1, 2015 at 10:00 a.m.**

                        s/Elizabeth A. Stafford
                        **HONORABLE ELIZABETH A. STAFFORD**
                        United States Magistrate Judge

Entered: March 30, 2015